UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:13-cv-10814-JCB

RAOUL MARRADI,

    Plaintiff,

vs.

FIVE-53 BOYLSTON ST PTNRS, and
WENDY'S INTERNATIONAL, INC.,

    Defendants.
_____/

### NOTICE OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT FIVE-53 BOYLSTON ST PTNRS

NOTICE IS HEREBY GIVEN by Plaintiff, that Defendant, FIVE-53 BOYLSTON ST PTNRS is hereby dismissed, with prejudice, as a Defendant in this action, each side to bear their own fees and costs. This does *not* include a dismissal of WENDY'S INTERNATIONAL, INC.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on July 2, 2013, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. WE FURTHER CERTIFY that we mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: Daniel Greenberg, Esq., 201 Great Road, Acton, MA 01720.

Dated this 2nd day of July, 2013.

                        Respectfully submitted,

                        /s/Edward N. Garno, Esq.
                        Edward N. Garno, Esq.
                        43 Hampson Street
                        Dracut, MA 01826
                        Telephone:  (978) 687-7805
                        Facsimile:  (978) 446-1311
                        E-mail:  nedgarno@hotmail.com
                        Massachusetts Bar No.:  564378
                        Counsel for Plaintiff

                        /s/Todd W. Shulby, Esq.
                        Todd W. Shulby, Esq.
                        Todd W. Shulby, P.A.
                        4705 S.W. 148 Avenue, Suite 102
                        Davie, Florida  33330-2417
                        Telephone:  (954) 530-2236
                        Facsimile:  (954) 530-6628
                        E-mail:  tshulby@shulbylaw.com
                        Florida Bar No.: 068365
                        Counsel for Plaintiff