# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                                                                                       **Civil Action**
                                                                                                    **No: 13cv10814-WGY**

**Raoul Marradi**

**Plaintiff**

v.

**Byblos Investments International LLC. et al**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on April 24, 2014 that the above-entitled action has been settled:

      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                                          By the Court,

                                                                          /s/Matthew A. Paine

                                                                           **Deputy Clerk**

April 25, 2014

To: All Counsel