UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAOUL MARRADI,<br>　　　　　Plaintiff,<br><br>v.<br><br>BYBLOS INVESTMENTS INTERNATIONAL LLC and WENDY'S OLD FASHIONED HAMBURGERS OF NEW YORK, INC.,<br>　　　　　Defendants. | CIVIL ACTION NO.: 1:13-CV-10814-JCB |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Raoul Marradi, Byblos Investments International LLC, and Wendy's Old Fashioned Hamburgers of New York, Inc. hereby stipulate to the dismissal of all claims that were or could have been raised in the above-captioned action with prejudice and without costs or attorneys' fees.

| | |
|---|---|
| RAOUL MARRADI<br><br>By his attorneys, | WENDY'S OLD FASHIONED HAMBURGERS OF NEW YORK, INC.<br>By its attorneys, |
| /s/ Edward N. Garno<br>Edward N. Garno<br>43 Hampson Street<br>Dracut, MA  01826<br>nedgarno@hotmail.com | /s/ Gary M. Feldman<br>Gary M. Feldman<br>BBO # 162070<br>DAVIS, MALM & D'AGOSTINE, P.C.<br>One Boston Place<br>Boston, MA 02108<br>617-367-2500<br>gfeldman@davismalm.com |
| /s/ Todd W. Shulby<br>Todd W. Shulby<br>Todd W. Shulby, P.A.<br>2800 Weston Road, Suite 101<br>Weston, Florida 33331<br>tshulby@shulbylaw.com | |

**BYBLOS** INVESTMENTS
INTERNATIONAL LLC
By its attorneys,

/s/ Michael Magerer
Michael Magerer
Michael Magerer & Associates, P.C.
109 Highland Avenue
Needham, MA  02494
mmagerer@maglaw.us

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAOUL MARRADI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BYBLOS INVESTMENTS INTERNATIONAL LLC and WENDY'S OLD FASHIONED HAMBURGERS OF NEW YORK, INC.,<br><br>　　　　　Defendants. | CIVIL ACTION NO.: 1:13-CV-10814-JCB |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below I electronically filed this STIPULATION OF DISMISSAL using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Edward N. Garno, Esq.
43 Hampson Street
Dracut, MA  01826
nedgarno@hotmail.com

Michael Magerer, Esq.
Michael Magerer & Associates, P.C.
109 Highland Avenue
Needham, MA  02494
mmagerer@maglaw.us

Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
4705 S.W. 148 Avenue, Suite 102
Davie, Florida 33330
tshulby@shulbylaw.com

Dated:  May 27, 2014

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gary M. Feldman
　　　　　　　　　　　　　　　　　　　　　　　　Gary M. Feldman